# UNITED STATES DISTRICT COURT

for the

# NORTHERN DISTRICT OF GEORGIA

### Violation Report and Petition for WARRANT
### for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | Sky Douglas Bishop | **Docket No:** | 4:16-CR-20-01-WMR |
| | | | ***UNDER SEAL*** |

**Name of Sentencing Judicial Officer:** Hon. Harold L. Murphy, U.S. District Judge

**Name of Presiding Judicial Officer:** Hon. William M. Ray, II, U.S. District Judge

**Date of Original Sentence:** May 23, 2017

**Original Offense:** Discharge of a Firearm During a Crime of Violence, 18 U.S.C. 924(c)(1)(A)(iii)

**Original Sentence:** 120 months imprisonment followed by 5 years of supervised release. Special Conditions: Participate in a mental health treatment program; Participate in a drug/alcohol treatment program; Shall not own, possess, or have under his control any firearm, dangerous weapon or other destructive device; Submit to search; Forfeiture Provision

| | | | |
|---|---|---|---|
| **Type of Supervision:** | Supervised Release | **Date Supervision Commenced:** | 4/25/2025 |
| **Assistant U.S. Attorney:** | Jessica Morris | **Defense Attorney:** | Nicole Kaplan |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The offender has violated the conditions of supervision as follows:

**1. <u>Violation of Mandatory Condition: Commission of a federal, state or local crime and illegal possession of a controlled substance.</u>**

<u>Violation Conduct:</u>

On or about February 23, 2026, the defendant committed the offenses of Possession of a Weapon by a Convicted Felon and Simple Possession of a Schedule IV (Alprazolam), in Bradley County, Tennessee. According to the Affidavit of Complaint, Cleveland, Tennessee law enforcement officials were conducting surveillance at 911 Emmett Avenue, Cleveland, Tennessee. It had been confirmed that the defendant had an active misdemeanor warrant from Bradley County for Attachment for Contempt. Officers observed the defendant exiting the residence and leaving in a vehicle with a female named Elizabeth McAmis. Officers continued surveillance and the vehicle driven by the defendant stopped at a gas station. The defendant exited the vehicle and entered the store at which time he was taken into custody for the active warrant. While performing a search incident to arrest, officers located a prescription bottle prescribed to Ms. McAmis in the defendant's right front pants pocket. The prescription bottle was for Alprazolam and contained approximately 72 suspected Alprazolam pills. The defendant did not give a clear reason as to why the prescription bottle was in his possession. As this was occurring, other officers were making contact with Ms. McAmis outside the vehicle. Ms. McAmis was asked to exit the vehicle at which time she pulled out what appeared to be a Glock handgun from underneath her and began an upward movement with her arm. Officers were able to secure the firearm from Ms. McAmis, who was placed into custody. Post-Miranda advisement, Ms. McAmis confirmed that the defendant lives with her, and they share a bedroom. Officers inquired if there was anything illegal in the house, to which Ms. McAmis indicated there was marijuana. When asked about weapons, Ms. McAmis advised that she had a green Walther handgun, which she owned, and that was the only weapon in the residence.

Officers responded to 911 Emmett Avenue to conduct a parole search. During the search, a small amount of marijuana was found on a nightstand/dresser in the back bedroom. A narcotics search warrant was obtained, and the following evidence was found: A box for a .22 caliber Walther handgun with a 9 mm magazine and ammunition in the hallway closet; One loaded black/silver Jiminez Arms Model JA22 .22 caliber handgun and one loaded Glock 9 mm magazine located underneath the mattress in the master bedroom; One black safe containing a loaded green/black .22 caliber Walther handgun, along with two magazines and .22 ammunition, located on top of the bed in the master bedroom; One plastic package containing suspected marijuana, one small glass jar with suspected THC wax, one metal pipe, one glass pipe, all located on the nightstand/dresser in the master bedroom; Marijuana grinder containing suspected marijuana, and rollers, located in the spare bedroom.

It was noted that Ms. McAmis had previously advised there was only one firearm in the residence, the green, Walther handgun; Therefore, arresting agents believed it is probable that the Jiminez Arms .22 caliber pistol belonged to the defendant. Based on these findings, the defendant was charged with Possession of a Weapon by a Convicted Felon and Simple Possession of a Schedule IV (Alprazolam).

Page 3
Sky Bishop

PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

The defendant has been supervised by the United States Probation Office in the Eastern District of Tennessee, since his release form imprisonment. No prior violations have been reported by the supervising district.

PETITIONING THE COURT TO:

Issue a WARRANT for Sky Douglas Bishop and that he be brought back before the Court at Rome, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that
the foregoing is true and correct.

| _signature_ | 3/3/2026 | _Shannon Brewer_ | 3/4/26 |
|---|---|---|---|
| Joshua C. Parker | Date | Shannon Brewer | Date |
| United States Probation Officer | | Supervisory U.S. Probation Officer | |

THE COURT ORDERS:

☒ The issuance of a warrant

☐ No Action

☐ Other:

_William M. Ray II_     March 5, 2026

Honorable William M. Ray, II     Date
U.S. District Judge