Date: 3/11/2026    Courtroom: 1B - Chattanooga

Initial Appearance: ☐ Complaint  ☐ Indictment  ☐ SSI  ☐ Information  ☐ Violation Petition
☑ Rule 5
Other Hearing: ☐ Arraignment  ☐ Arraignment on SSI

**Case No.** 1:26-mj-79          **USA v.** Sky Douglas Bishop

Present Before: HONORABLE Christopher H. Steger        U.S. Magistrate Judge

| Kevin Brown | Clay Whittaker | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | US Probation Officer |
| | ☑ Appt. ☐ Retd. ☐ Ltd. App. | |
| Dana Bellamy | Digital Recording 1B | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter |
| | | ☑ SWORN |

**PROCEEDINGS:**
☑ Financial affidavit executed    Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney    ☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☐ Deft. waived reading of Indictment/Information    ☐ Indictment/Information Read
☐ Deft. pleads not guilty on counts _____    ☐ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☑ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety    ☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET:**

Jury Trial: _____        Final Pretrial Conf.: _____
Detn Hrg: _____         Preliminary Examination: _____
Arraignment: _____      Motion Hrg: _____
Status Conf: _____      Other Hrg: _____
Revocation Hrg: _____

**DEADLINES SET:**

Discovery Ddl: _____    Reciprocal Discovery Ddl: _____
Motion Cut-Off: _____   Response Ddl: _____
Plea Ddl: _____         Other: _____

**BOND:**
☐ Government moved for detention
☐ Dft WAIVED detention hrg.  ☐ Detention hrg. set  ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Dana Bellamy _____, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: 1-26-mj-79_20260311_103046        Court time: 11:41 to 11:56